**Order entered October 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00788-CV

## EBAY INC., Appellant

## V.

## ORIGAMI OWL, LLC, Appellee

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-01112-2014

## ORDER

We **REINSTATE** this appeal. In an order dated October 1, 2014, we stayed this appeal on the parties' agreed motion. Before the Court is appellant's unopposed motion to lift the stay. We **GRANT** the motion and this appeal will now proceed. Appellant's brief is due **NOVEMBER 24, 2014**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE